## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Frank Bilek, et al.

                        Plaintiff,

v.                                                 Case No.: 1:18−cv−01651

                                                                 Honorable Jorge L. Alonso

Aristeo Construction Company, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 21, 2018:

      MINUTE entry before the Honorable Young B. Kim: In light of the remand order, (R. 93), all matters relating to the referral of this action have been concluded. The referral is closed and the case is returned to the assigned District Judge. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.